UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
AUNI CHOVET,                                                  :
                                                              :
                              Plaintiff,                      :
                                                              :          25-CV-10465 (VSB)
                    -against-                                 :
                                                              :          **ORDER**
PENGUIN RANDOM HOUSE, LLC, and DOES                           :
1–10                                                          :
                                                              :
                              Defendants.                     :
                                                              :
------------------------------------------------------------- :
                                                              X

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within forty-five (45) days.


SO ORDERED.
Dated:        March 20, 2026
              New York, New York

                                                       Vernon S. Broderick
                                                       United States District Judge